

# Fourth Court of Appeals
## San Antonio, Texas

August 1, 2017

No. 04-17-00476-CV

**ADOBE TITLE, LLC**,
Appellant

v.

Bruce **CLEM** and TX New Life Investments, LLC, MK Solutions, LLC.,
Appellees

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CI10950
Honorable John D. Gabriel, Jr., Judge Presiding

## O R D E R

The clerk's record and the reporter's record were originally due on June 26 2017. After receiving notice from this court on July 31, 2017, that the records had not been filed, the court reporter filed a Notification of Late Record, stating the reporter's record has not been filed because appellant has failed to pay or make arrangements to pay the reporter's fee for preparing the record.

If appellant desires a reporter's record, and has not already done so, appellant is hereby ORDERED to (1) request in writing, no later than August 11, 2017, that a reporter's record be prepared and (2) designate in writing, no later than August 11, 2017, the exhibits and those portions of the record to be included in the reporter's record. *Id.* The appellant is hereby ORDERED to file a copy of the request with both the trial court clerk, *id.* at 34.6(b)(2), and this court no later than August 11, 2017.

It is also ORDERED that appellant provide written proof to this court no later than August 11, 2017 that either (1) the reporter's fee has been paid or arrangements have been made to pay the reporter's fee; or (2) appellant is entitled to appeal without paying the reporter's fee. If appellant fails to provide such written proof within the time provided, this court will only consider those issues or points raised in appellant's brief that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).

Appellant is also reminded that the $205.00 filing fee, which was due when the notice of appeal was filed, is due no later than August 7, 2017. If appellant fails to respond satisfactorily within the time ordered, this appeal will be dismissed. *See* TEX. R. APP. P. 42.3.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of August, 2017.

_Luz Estrada_
Luz Estrada
Chief Deputy Clerk